Holder 1